UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUANDA K. ADAMS,

    Plaintiff,

v.                                                Case No: 5:13-cv-22-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY

    Defendant.
_____

## REPORT AND RECOMMENDATION[1]

THIS CAUSE is before the Court on Plaintiff's appeal of an administrative decision denying her application for Supplemental Security Income ("SSI"). The Court has reviewed the record, the memoranda, and the applicable law. For the reasons set forth herein, the Commissioner's decision should be **AFFIRMED**.

### I. Procedural History and Summary of the ALJ's Decision

In February 2010, Plaintiff filed an application for SSI, alleging a disability onset date of February 18, 2008. (Tr. at 166). The Social Security Administration denied this application initially and upon reconsideration. (Id. at 66, 71). Plaintiff requested and received a hearing before an Administrative Law Judge ("ALJ"). (Id. at 92, 134). On June 13, 2012, the ALJ found Plaintiff not disabled. (Id. at 31).

In a written decision, the ALJ made the following findings. (Tr. at 22-31). At step one, Plaintiff had not engaged in substantial gainful activity since February 3, 2010, the application

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.